**Opinion issued November 4, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00579-CR

————————————

## IN RE DERRICK DWAYNE LONGMYERS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Derrick Dwayne Longmyers, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus asserting that the trial court has taken no action on his request for "an examining trial prior to issuance of an indictment."[1]

---

[1]     The underlying case is *The State of Texas v. Derrick Dwayne Longmyers*, Cause No. 21-CR-2264, in the 122nd District Court of Galveston County, Texas, the Honorable John Ellisor presiding.

Relator's petition for writ of mandamus requests that this Court "cause the [t]rial [c]ourt to honor, respond, and show cause why [relator] continues to be detained."

We deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.3 (listing required contents of mandamus petition), 52.7 (relator required to file record with mandamus petition), 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (relator must provide mandamus record sufficient to establish right to mandamus relief). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Rivas-Molloy and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).